**FILED**
April 2, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:12-CR-00132-WBS
      Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
IVAN LINGHON DELACRUZ, )
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>IVAN LINGHON DELACRUZ</u>, Case No. <u>2:12-CR-00132-WBS</u>, Charge <u>Title 18 USC § 2252</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

    ✔    Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    ✔    (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 2, 2012</u> at <u>2:40</u> pm.

By  <u>/s/ Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge