1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   IVAN LINGHON DELACRUZ

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No. 12-132 WBS
                                   )
12              Plaintiff,         )  STIPULATION AND [~~PROPOSED~~] ORDER
                                   )  CONTINUING STATUS CONFERENCE TO
13       v.                        )  JUNE 25, 2012, AT 9:30 A.M.
                                   )
14  IVAN LINGHON DELACRUZ,         )  Date:  June 4, 2012
                                   )  Time:  9:30 a.m.
15                                 )  Judge: William B. Shubb
                 Defendant.        )
16                                 )
    _____)
17

18       THE PARTIES STIPULATE, through their respective attorneys, that

19  the Court should vacate the status conference scheduled for June 4,

20  2012, at 9:30 a.m., and reset it for June 25, 2012, at 9:30 a.m.

21       Counsel for defendant requires further time to review discovery,

22  to confer with client, and to prepare.

23       The parties further stipulate that the Court should exclude the

24  period from the date of this order through June 25, 2012, when it

25  computes the time within which the trial of the above criminal

26  prosecution must commence for purposes of the Speedy Trial Act.  The

27  parties stipulate that the ends of justice served by granting

28                                    1

1  defendant's request for a continuance outweigh the best interest of the

2  public and the defendant in a speedy trial, and that this is an

3  appropriate exclusion of time for defense preparation within the

4  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

5  Dated: May 30, 2012                    Respectfully submitted,

6                                         DANIEL BRODERICK
                                          Federal Defender

7                                         /s/ M. Petrik

8                                         _____
                                          MICHAEL PETRIK, Jr.
9                                         Assistant Federal Defender
                                          Attorneys IVAN LINGHON DELACRUZ

10

11 Dated: May 30, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney
12
                                          /s/ M. Petrik for M. Prince
13
                                          _____
                                          MICHELLE PRINCE
14                                        Assistant U.S. Attorney

15

16                                      **ORDER**

17      **IT IS SO ORDERED.**  The Court orders time excluded from the date of

18 this order through the status conference on June 25, 2012, pursuant to

19 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds

20 that the ends of justice served by granting defendant's request for a

21 continuance outweigh the best interest of the public and the defendant

22 in a speedy trial.

23

24 DATED:  May 30, 2012

25                                         _____
                                          WILLIAM B. SHUBB
26                                        UNITED STATES DISTRICT JUDGE

27

28                                         2