```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   IVAN LINGHON DELACRUZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-132 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO |
| v. | ) | JULY 23, 2012, AT 9:30 A.M. |
| IVAN LINGHON DELACRUZ, | ) | Date: June 25, 2012 |
|  | ) | Time: 9:30 a.m. |
|  | ) | Judge: William B. Shubb |
| Defendant. | ) |  |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for June 25, 2012, at 9:30 a.m., and reset it for July 23, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

The parties further stipulate that the Court should exclude the period from the date of this order through July 23, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

1  defendant's request for a continuance outweigh the best interest of the
2  public and the defendant in a speedy trial, and that this is an
3  appropriate exclusion of time for defense preparation within the
4  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

5  Dated: June 19, 2012                    Respectfully submitted,

6                                          DANIEL BRODERICK
                                           Federal Defender
7
                                           /s/ M. Petrik
8                                          _____
                                           MICHAEL PETRIK, Jr.
9                                          Assistant Federal Defender
                                           Attorneys IVAN LINGHON DELACRUZ
10

11 Dated: June 19, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney
12
                                           /s/ M. Petrik for M. Prince
13                                         _____
                                           MICHELLE PRINCE
14                                         Assistant U.S. Attorney

15
                                **ORDER**
16
        **IT IS SO ORDERED.**  The Court orders time excluded from the date of
17
   this order through the status conference on July 23, 2012, pursuant to
18
   18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds
19
   that the ends of justice served by granting defendant's request for a
20
   continuance outweigh the best interest of the public and the defendant
21
   in a speedy trial.  The status conference scheduled for June 25, 2012,
22
   at 9:30 a.m. is reset for July 23, 2012, at 9:30 a.m.
23

24
   DATED:  June 19, 2012
25
                                    _____
26                                  WILLIAM B. SHUBB
27                                  UNITED STATES DISTRICT JUDGE

28
                                        2