1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   IVAN LINGHON DELACRUZ

           UNITED STATES DISTRICT COURT

           EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  Case No. CR. S-12-132 WBS
                               )
            Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                               )  CONTINUING STATUS CONFERENCE TO
      v.                       )  SEPTEMBER 24, 2012, AT 9:30 A.M.
                               )
IVAN LINGHON DELACRUZ,         )  Date:  July 23, 2012
                               )  Time:  9:30 a.m.
                               )  Judge: William B. Shubb
            Defendant.         )
                               )
_____)

   THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for July 23, 2012, at 9:30 a.m., and reset it for September 24, 2012, at 9:30 a.m.

   Counsel for defendant requires further time to review discovery, to confer with client, and to conduct a forensic examination of computer.

   The parties further stipulate that the Court should exclude the period from the date of this order through September 24, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

1

parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: July 17, 2012                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M. Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys IVAN LINGHON DELACRUZ

Dated: July 17, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M. Petrik for M. Prince
                                        _____
                                        MICHELLE PRINCE
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on September 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial. The status conference scheduled for July 23, 2012, at 9:30 a.m. is reset for September 24, 2012, at 9:30 a.m.

DATED: July 18, 2012         _____
                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE