```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    IVAN LINGHON DELACRUZ
 6

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-132 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO NOVEMBER 5, 2012, AT 9:30 A.M. |
| v. | ) | |
| IVAN LINGHON DELACRUZ, | ) | Date: September 24, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: William B. Shubb |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for September 24, 2012, at 9:30 a.m., and reset it for November 5, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to conduct a forensic examination of computer.

The parties further stipulate that the Court should exclude the period from the date of this order through November 5, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1

1 parties stipulate that the ends of justice served by granting
2 defendant's request for a continuance outweigh the best interest of the
3 public and the defendant in a speedy trial, and that this is an
4 appropriate exclusion of time for defense preparation within the
5 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

6 Dated: September 18, 2012                Respectfully submitted,

7                                          DANIEL BRODERICK
                                           Federal Defender
8
                                           /s/ M. Petrik
9                                          _____
                                           MICHAEL PETRIK, Jr.
10                                         Assistant Federal Defender
                                           Attorneys IVAN LINGHON DELACRUZ
11

12 Dated: September 18, 2012                BENJAMIN B. WAGNER
                                           United States Attorney
13
                                           /s/ M. Petrik for M. Prince
14                                         _____
                                           MICHELLE PRINCE
15                                         Assistant U.S. Attorney

16

17                                    **ORDER**

18   **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19 this order through the status conference on November 5, 2012, pursuant
20 to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court
21 finds that the ends of justice served by granting defendant's request
22 for a continuance outweigh the best interest of the public and the
23 defendant in a speedy trial.

24
    DATED: September 18, 2012
25
                       _____
26                     WILLIAM B. SHUBB
27                     UNITED STATES DISTRICT JUDGE

28
                                    2