```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   IVAN LINGHON DELACRUZ
6
7
8                  UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     )  Case No. 12-132 WBS
                                 )
12             Plaintiff,        )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE TO
13      v.                       )  NOVEMBER 26, 2012, AT 9:30 A.M.
                                 )
14 IVAN LINGHON DELACRUZ,        )  Date:  November 5, 2012
                                 )  Time:  9:30 a.m.
15                               )  Judge: William B. Shubb
             Defendant.          )
16                               )
                                 )
17 _____)
```

18      THE PARTIES STIPULATE, through their respective attorneys, that
19 the Court should vacate the status conference scheduled for November 5,
20 2012, at 9:30 a.m., and reset it for November 26, 2012, at 9:30 a.m.
21      Counsel for defendant requires further time to review discovery,
22 to confer with client, and to conduct a forensic examination of
23 computer.
24      The parties further stipulate that the Court should exclude the
25 period from the date of this order through November 26, 2012, when it
26 computes the time within which the trial of the above criminal
27 prosecution must commence for purposes of the Speedy Trial Act.  The

                                    1

parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: October 30, 2012           Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M. Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys IVAN LINGHON DELACRUZ

Dated: October 30, 2012           BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M. Petrik for M. Prince
                                  _____
                                  MICHELLE PRINCE
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on November 26, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial. The status conference is reset for November 26, 2012, at 9:30 a.m.

DATED: __October 30, 2012    /s/ William B. Shubb
                             _____
                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE

2