DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
IVAN LINGHON DELACRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 12-132 WBS |
| ) | |
| Plaintiff,  ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | CONTINUING STATUS CONFERENCE TO |
| v.  ) | JANUARY 22, 2013, AT 9:30 A.M. |
| ) | |
| IVAN LINGHON DELACRUZ,  ) | Date:  December 18, 2012 |
| ) | Time:  9:30 a.m. |
| Defendant.  ) | Judge: William B. Shubb |
| _____  ) | |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for December 18, 2012, at 9:30 a.m., and reset it for January 22, 2013, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, to review a proposed plea agreement, and to confer with his client.

The parties further stipulate that the Court should exclude the period from the date of this order through January 22, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and

1

the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: December 13, 2012             Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M.Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
                                     Attorneys IVAN LINGHON DELACRUZ

Dated: December 13, 2012             BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for Michelle Prince
                                     _____
                                     MICHELLE PRINCE
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on January 22, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2