```
1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   IVAN LINGHON DELACRUZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12-132 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
|  | ) CONTINUING STATUS CONFERENCE TO |
| v. | ) APRIL 22, 2013, AT 9:30 A.M. |
|  | ) |
| IVAN LINGHON DELACRUZ, | ) Date: April 22, 2013 |
|  | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: William B. Shubb |
| _____ | ) |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for March 4, 2013, at 9:30 a.m., and reset it for April 22, 2013, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, to review a proposed plea agreement, and to confer with his client.

The parties further stipulate that the Court should exclude the period from the date of this order through April 22, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and

1

the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: February 28, 2013          Respectfully submitted,

                                  JOSEPH SCHLESINGER
                                  Acting Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys IVAN LINGHON DELACRUZ

Dated: February 28, 2013          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for Michelle Prince
                                  _____
                                  MICHELLE PRINCE
                                  Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on April 22, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: February 28, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2