JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
IVAN LINGHON DELACRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 12-132 WBS |
|                                      ) | |
|             Plaintiff,               ) | STIPULATION AND [~~PROPOSED~~] ORDER |
|                                      ) | CONTINUING STATUS CONFERENCE TO |
|       v.                             ) | MAY 20, 2013, AT 9:30 A.M. |
|                                      ) | |
| IVAN LINGHON DELACRUZ,               ) | Date: April 22, 2013 |
|                                      ) | Time: 9:30 a.m. |
|             Defendant.               ) | Judge: William B. Shubb |
| _____      ) | |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for April 22, 2013, at 9:30 a.m., and reset it for May 20, 2013, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, and to confer with Mr. Delacruz. Counsel also requires further time to receive and review a psychological evaluation of Mr. Delacruz, and confer with him about that.

The parties further stipulate that the Court should exclude the period from the date of this order through May 20, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate

1

that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) [reasonable time to prepare], and Local Code T4.

Dated: April 16, 2013                    Respectfully submitted,

                                         JOSEPH SCHLESINGER
                                         Acting Federal Defender

                                         /s/ M.Petrik
                                         _____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
                                         Attorneys IVAN LINGHON DELACRUZ

Dated: April 16, 2013                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for Matthew Morris
                                         _____
                                         MATTHEW MORRIS
                                         Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on May 20, 2013, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4. The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: April 17, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2