```
HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
IVAN LINGHON DELACRUZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12-132 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE TO |
| v. ) | JUNE 24, 2013, AT 9:30 A.M. |
| ) | |
| IVAN LINGHON DELACRUZ, ) | Date: May 20, 2013 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: William B. Shubb |
| _____ ) | |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for May 20, 2013, at 9:30 a.m., and reset it for June 24, 2013, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, and to confer with Mr. Delacruz. Counsel also requires further time to receive and review a psychological evaluation of Mr. Delacruz, and confer with him about that. Counsel has yet to receive the psychological evaluation from the expert.

The parties further stipulate that the Court should exclude the period from the date of this order through June 24, 2013, when it computes the time within which the trial of the above criminal

Stipulation And Proposed Order                     1                              12-132 WBS

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) [reasonable time to prepare], and Local Code T4.

Dated: May 14, 2013           Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys IVAN LINGHON DELACRUZ

Dated: May 14, 2013           BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Matthew Morris
                                       _____
                                       MATTHEW MORRIS
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 24, 2013, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4. The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial. The status conference scheduled for May 20, 2013, at 9:30 a.m. is reset for June 24, 2013, at 9:30 a.m.

DATED: May 14, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE