1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    IVAN LINGHON DELACRUZ
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  Case No. CR 12-132 WBS
                                   )
11            Plaintiff,           )  STIPULATION AND [~~PROPOSED~~] ORDER
                                   )  CONTINUING STATUS CONFERENCE TO
12       v.                        )  JULY 29, 2013, AT 9:30 A.M.
                                   )
13  IVAN LINGHON DELACRUZ,         )  Date:  June 24, 2013
                                   )  Time:  9:30 a.m.
14            Defendant.           )  Judge: William B. Shubb
    _____ )
15

16

17       THE PARTIES STIPULATE, through their respective attorneys, that the

18  Court should vacate the status conference scheduled for June 24, 2013, at

19  9:30 a.m., and reset it for July 29, 2013, at 9:30 a.m.

20       Counsel for defendant requires further time to receive and review a

21  psychological evaluation of Mr. Delacruz, and confer with him about that.

22  Counsel has yet to receive the psychological evaluation from the expert.

23       The parties further stipulate that the Court should exclude the

24  period from the date of this order through July 29, 2013, when it

25  computes the time within which the trial of the above criminal

26  prosecution must commence for purposes of the Speedy Trial Act.  The

27  parties stipulate that the ends of justice served by granting defendant's

28
    Stipulation And Proposed Order          1                    12-132 WBS

1   request for a continuance outweigh the best interest of the public and

2   the defendant in a speedy trial, and that this is an appropriate

3   exclusion of time for defense preparation within the meaning of 18 U.S.C.

4   § 3161(h)(7) [reasonable time to prepare], and Local Code T4.

5   Dated: June 18, 2013                Respectfully submitted,

6                                       HEATHER E. WILLIAMS
                                        Federal Defender
7
                                        /s/ M.Petrik
8                                       _____
                                        MICHAEL PETRIK, Jr.
9                                       Assistant Federal Defender
                                        Attorneys IVAN LINGHON DELACRUZ
10

11  Dated: June 18, 2013                BENJAMIN B. WAGNER
                                        United States Attorney
12
                                        /s/ M.Petrik for Matthew Morris
13                                      _____
                                        MATTHEW MORRIS
14                                      Assistant U.S. Attorney

15

16                                  **ORDER**

17      **IT IS SO ORDERED.**  The Court orders time excluded from the date of

18  this order through the status conference on July 29, 2013, pursuant to 18

19  U.S.C. § 3161(h)(7), and Local Code T4.  The Court finds that the ends of

20  justice served by granting defendant's request for a continuance outweigh

21  the best interest of the public and the defendant in a speedy trial.

22

23  DATED:  June 18, 2013

24                          _____

25                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
26

27

28