```
HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
IVAN LINGHON DELACRUZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br>IVAN LINGHON DELACRUZ,             )<br>                                   )<br>            Defendant.             )<br>_____) | Case No. 12-132 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE TO SEPTEMBER 3, 2013, AT 9:30 A.M.<br><br>Date: July 29, 2013<br>Time: 9:30 a.m.<br>Judge: William B. Shubb |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for July 29, 2013, at 9:30 a.m., and reset it for September 3, 2013, at 9:30 a.m.

Counsel for defendant just received the psychological evaluation of Mr. Delacruz, and requires further time to review it and to confer with Mr. Delacruz about it.

The parties further stipulate that the Court should exclude the period from the date of this order through September 3, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's

request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) [reasonable time to prepare], and Local Code T4.

Dated: July 23, 2013                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys IVAN LINGHON DELACRUZ

Dated: July 23, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Matthew Morris
                                        _____
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on September 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4. The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: July 23, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE