HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>IVAN LINGHON DELACRUZ,<br><br>  Defendant. | Case No. 12-132 WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 15, 2013, AT 9:30 A.M.<br><br>Date:  September 30, 2013<br>Time:  9:30 a.m.<br>Judge:  Honorable William B. Shubb |
|---|---|

The parties stipulate, through respective counsel, that the Court should continue the status conference set for September 30, 2013, at 9:30 a.m., to October 15, 2013, at 9:30 a.m.

Counsel anticipated that Mr. Delacruz would enter a guilty plea pursuant to a written plea agreement on September 30; however, counsel require time to finalize the agreement, and counsel for Mr. Delacruz needs time to review it with him. The parties agree they require a continuance to effectuate these goals.

For these reasons, counsel and the defendant agree that the Court should exclude the time from September 30, 2013, through October 15, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

///

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 27, 2013          HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ M.Petrik_____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender

DATED: September 27, 2013          BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for_____
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for October 15, 2013, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 15, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: September 27, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE