HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>IVAN LINGHON DELACRUZ,<br><br>  Defendant. | Case No. 12-132 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 4, 2013, AT 9:30 A.M.<br><br>Date:   October 15, 2013<br>Time:   9:30 a.m.<br>Judge:  Honorable William B. Shubb |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on October 15, 2013, at 9:30 a.m., to November 4, 2013, at 9:30 a.m.

Counsel require time to finalize a plea agreement, and counsel for Mr. Delacruz requires time to review it with him.  The parties agree they require a continuance to effectuate these goals.

For these reasons, counsel and the defendant agree that the Court should exclude the time from October 15, 2013, through November 4, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 11, 2013                HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ M.Petrik
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

DATED: October 11, 2013                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for
                                       MATTHEW MORRIS
                                       Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for November 4, 2013, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 4, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: October 15, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE