1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,   )  Case No. 12-132 WBS
                               )
11        Plaintiff,           )  STIPULATION AND [PROPOSED] ORDER
                               )  TO CONTINUE STATUS CONFERENCE TO
12     v.                      )  NOVEMBER 25, 2013, AT 9:30 A.M.
                               )
13 IVAN LINGHON DELACRUZ,      )  Date:   November 18, 2013
                               )  Time:   9:30 a.m.
14        Defendant.           )  Judge:  Honorable William B. Shubb
                               )
15 _____)

16     The parties stipulate, through respective counsel, that the Court should continue the status

17 conference set on November 18, 2013, at 9:30 a.m., to November 25, 2013, at 9:30 a.m.

18     The parties have reached an agreement to settle the case.  Defense counsel requires

19 additional time to meet with Mr. Delacruz, and his family, who do not reside locally, to answer

20 questions about the final plea agreement.

21     For these reasons, counsel and the defendant agree that the Court should exclude the time

22 from November 18, 2013, through November 25, 2013, when it computes the time within which

23 trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local

24 Code T4.

25 / / /

26 / / /

27 / / /

28

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 14, 2013          Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ M.Petrik_____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

DATED: November 14, 2013          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for_____
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for November 25, 2013, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 25, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  November 15, 2013

                                                                                   _____
                                                                                   WILLIAM B. SHUBB
                                                                                   UNITED STATES DISTRICT JUDGE