1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    IVAN LINGHON DELACRUZ
6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Case No. 2:12-CR-00132 WBS
                                       )
11                    Plaintiff,       )   ORDER
                                       )
12         v.                          )
                                       )
13  IVAN LINGHON DELACRUZ,             )
                                       )
14                    Defendant.       )
                                       )
15  _____ )

16          The court has received defendant's request for an Order sealing the Declaration of

17  Michael Petrik, Jr., the sentencing memorandum, and the medical evaluation report and

18  addendum in this matter.  Absent a showing of good cause, pleadings in criminal cases such as

19  this should be open to public scrutiny, particularly those pleadings which might shed light on the

20  reasons for the sentence imposed by the court.  Accordingly, counsel for defendant shall

21  forthwith file a memorandum of points and authorities setting forth the legal basis for sealing

22  these documents, and counsel for the United States shall forthwith thereafter file a memorandum

23  of points and authorities setting forth the government's position with respect to this request and

24  the reasons therefor.  The court will then take the request under submission.

25          IT IS SO ORDERED.

26  Dated:  March 23, 2015

27                                          WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE
28

                                     -1-