UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:12-CR-0132 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| IVAN LINGHON DELACRUZ, | |
| Defendant. | |

----oo0oo----

The parties' Request to Seal Documents (Docket No. 76) is granted in part and denied in part. IT IS HEREBY ORDERED that Exhibit A to Defendant's Sentencing Memorandum (Docket No 79, Exhibit A) be filed under seal. The remainder of Defendant's Sentencing Memorandum, and all other written materials in this action shall not be under seal.

Dated: March 27, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1