HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-132 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING TO OCTOBER 16, 2015, AT 9:30 A.M. |
| v. | ) ) | |
| IVAN LINGHON DELACRUZ, | ) ) | Date:    August 28, 2015<br>Time:    9:00 a.m. |
| Defendant. | ) ) | Judge:   Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the restitution hearing for the above-captioned matter from August 28, 2015, at 9:00 a.m., to October 16, 2015, at 9:00 a.m.

Counsel for Mr. Delacruz requires further time to brief restitution issues for the Court. The restitution issues in Mr. Delacruz's case are complex and unusual.  The parties specifically request that any period of limitation imposed by 18 U.S.C. § 3664 be equitably tolled through October 16, 2015.  See e.g., Dolan v. United States, 560 U.S. 605, 611-21 (2010).

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: August 27, 2015                Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ M.Petrik_____
                                            MICHAEL PETRIK, Jr.
                                            Assistant Federal Defender

DATED: August 27, 2015                BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ M.Petrik for_____
                                            MATTHEW MORRIS
                                            Assistant U.S. Attorney

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders the restitution hearing rescheduled for October 16, 2015, at 9:00 a.m. The Court also orders that any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through October 16, 2015.

Dated:  August 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge