1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-132 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING TO NOVEMBER 13, 2015, AT 9:00 A.M. |
| v. | ) | |
| IVAN LINGHON DELACRUZ, | ) | Date:  October 16, 2015 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge:  Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the restitution hearing for the above-captioned matter from October 16, 2015, at 9:00 a.m., to November 13, 2015, at 9:00 a.m.

Counsel for Mr. Delacruz requires further time to brief restitution issues for the Court. The restitution issues in Mr. Delacruz's case are complex and unusual. The parties specifically request that any period of limitation imposed by 18 U.S.C. § 3664 be equitably tolled through November 13, 2015. See e.g., Dolan v. United States, 560 U.S. 605, 611-21 (2010).

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: October 13, 2015 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ M.Petrik_____<br>MICHAEL PETRIK, Jr.<br>Assistant Federal Defender |
| DATED: October 13, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ M.Petrik for_____<br>MATTHEW MORRIS<br>Assistant U.S. Attorney |

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders the restitution hearing rescheduled for November 13, 2015, at 9:00 a.m. The Court also orders that any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through November 13, 2015.

Dated:  October 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge