1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, CA  95814
4 Telephone: (916) 498-5700

5 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-132 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING TO |
| v. | ) ) | DECEMBER 18, 2015, AT 9:00 A.M. |
| IVAN LINGHON DELACRUZ, | ) ) | Date:   November 13, 2015 Time:   9:00 a.m. |
| Defendant. | ) ) | Judge:  Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the restitution hearing for the above-captioned matter from November 13, 2015, at 9:00 a.m., to December 18, 2015, at 9:00 a.m.

Counsel for Mr. Delacruz requires further time to brief restitution issues for the Court. The restitution issues in Mr. Delacruz's case are complex and unusual. Counsel also requires further time to incorporate into the briefing a recent Ninth Circuit case that bears on the restitution issues.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties specifically request that any period of limitation imposed by 18 U.S.C. § 3664 be equitably tolled through December 18, 2015.  See Dolan v. United States, 560 U.S. 605, 611-21 (2010).

DATED: November 9, 2015     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: November 9, 2015     BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
MATTHEW MORRIS
Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders the restitution hearing rescheduled for December 18, 2015, at 9:00 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through December 18, 2015.

Dated:  November 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge